# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Preston, C. Kathryn | 2. Court or Organization  Bankruptcy Court, S.D. Ohio | 3. Date of Report  04/30/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)  ☐ Nomination Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  1/1/2018 to 12/31/2018 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court
170 North High Street
Columbus, Ohio 43215

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Family Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1991 | Huntington Bancshares Retirement Plan - former Employer; no control - Opinion of Committee on Code of Conduct obtained. (See Part VIII). |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Ohio Police & Fire Pension Fund (retirement benefits) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Columbus Bar Association Bankruptcy Law Institute | May 3-4, 2018 | Columbus, OH | Planning Committee | Tuition, Meals |
| 2. | American Bankruptcy Institute MidWest Regional Bankruptcy Seminar | August 20-22, 2018 | Cincinnati, OH | Speaker | Tuition, Lodging, Meals, Mileage, Parking |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Huntington National Bank | Mortgage on Rental Prop. #1, Cape Coral, FL. (Pt. VII, lines 1, 120) | L |
| 2. | Huntington National Bank | Second Mortgage/Personal Credit Line, Rental Prop. #1 Cape Coral, FL. (Pt. VII, lines 1, 120) | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Preston, C. Kathryn | 04/30/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Cape Coral, FL (Purchased 2005 $679,900) (Y) | E | Rent | | | | | | | See Part VIII |
| 2. Investment Property, N. Captiva Island, FL (Y) | | None | | | | | | | See Part VIII |
| 3. Huntington National Bank Accounts | A | Interest | M | T | | | | | |
| 4. Bank of America Accounts | A | Interest | K | T | | | | | |
| 5. Fifth Third Bank Accounts | A | Interest | J | T | | | | | |
| 6. Chase Bank Accounts | A | Interest | L | T | | | | | |
| 7. CPT Enterp. LLC - member equity int (H) | D | Dividend | | | | | | | |
| 8. - Ashland Global Holdings, Inc. f/k/a Ashland, Inc. ("ASH") - stock | A | Dividend | J | T | | | | | |
| 9. - Chubb Ltd. ("CB") fka Chubb Corp - stock | A | Dividend | K | T | | | | | |
| 10. - Conoco Philips ("COP") - stock | A | Dividend | K | T | | | | | |
| 11. - Dollar General Corp. ("DG") - stock | A | Dividend | L | T | | | | | |
| 12. - Essex Property Trust Inc. ("ESS") - stock | A | Dividend | K | T | | | | | |
| 13. - First Trust Health Care AlphaDex Fund ETF ("FXH") -shares | | None | K | T | | | | | |
| 14. - General Dynamics Corp. ("GD") - stock | A | Dividend | K | T | | | | | |
| 15. - M&T Bank Corporation ("MTB") - stock | A | Dividend | K | T | | | | | |
| 16. - Van Eck Vectors Pharm ETF fka Market Vectors ("PPH") -Shares | A | Dividend | K | T | | | | | |
| 17. - Invesco QQQETF f/k/a Powershares QQQ ETF ("QQQ") - shares | A | Dividend | K | T | | | | | Name Change |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Preston, C. Kathryn | 04/30/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. - SPDR S&P 500 ETF ("SPY") - shares | A | Dividend | L | T | | | | | |
| 19. - Southern Co. ("SO") - stock (Y) | A | Dividend | | | Sold | 09/05/18 | J | C | |
| 20. - Tupperware Corp. ("TUP") - stock (Y) | A | Dividend | | | Sold | 09/05/18 | J | C | |
| 21. - Verizon Communications ("VZ") - stock (Y) | A | Dividend | | | Sold | 09/05/18 | K | D | |
| 22. - Whirlpool Corp. ("WHR") - stock (Y) | A | Dividend | | | Sold | 09/05/18 | J | B | |
| 23. - Suntrust Investment Services Inc. Money Market | A | Dividend | L | T | | | | | |
| 24. - Valvoline, Inc. ("VVV") - stock (X) | A | Dividend | J | T | | | | | |
| 25. - Farm Property (127.92 acres) Jasper Co., IA | E | Rent | N | W | | | | | |
| 26. Huntington Bancshares Pension Plan (see Part VIII) | | None | M | V | | | | | |
| 27. Hartford Life Ins. Policy (H) | | | | | | | | | |
| 28. - American Funds Ins. Asset Alloc. Fund (see Part VIII) | | None | J | T | | | | | |
| 29. - American Funds Ins. Bond Fund (see Part VIII) | | None | J | T | | | | | |
| 30. - American Funds Ins. Growth Income Fund (see Part VIII) | | None | J | T | | | | | |
| 31. - Franklin Templeton Mutual Shares Security Fund (see Part VIII) | | None | J | T | | | | | |
| 32. - Fidelity VIP Contra Fund Portfolio (see Part VIII) | | None | J | T | | | | | |
| 33. - Fidelity VIP Mid Cap Portfolio (see Part VIII) | | None | J | T | | | | | |
| 34. - HLS Int'l Opport. Fund (see Part VIII) | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Preston, C. Kathryn | 04/30/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Oppenheimer Global Securities Fund (see Part VIII) | | None | J | T | | | | | |
| 36. - INV VK Comstock (see Part VIII) | | None | J | T | | | | | |
| 37. Brokerage Account #1 (H) | | | | | | | | | |
| 38. - Edward Jones Cash account | A | Interest | J | T | | | | | |
| 39. - CIGNA Corp f/k/a Express Scripts Holding Co. - common stock | | None | J | T | | 12/24/18 | | | Merger |
| 40. - Amazon - stock | | None | J | T | | | | | |
| 41. - Proctor & Gamble Co. - common stock | A | Dividend | J | T | | | | | |
| 42. - United Technologies Corp. - stock | A | Dividend | J | T | | | | | |
| 43. - Verizon Communications - common stock | A | Dividend | J | T | | | | | |
| 44. - Walt Disney Co. - stock | A | Dividend | J | T | | | | | |
| 45. - Federated OH Muni Income Fund | A | Int./Div. | J | T | | | | | |
| 46. - CAIBX - Class A Bonds (X) | A | Dividend | J | T | | | | | |
| 47. Brokerage Account #2 (H) | | | | | | | | | |
| 48. - American Balanced Fund - Class A Bonds | C | Dividend | L | T | | | | | |
| 49. - American Europacific Growth Fund - Class A Bonds | B | Dividend | K | T | Buy (add'l) | 01/08/18 | J | | |
| 50. | | | | | Buy (add'l) | 02/07/18 | J | | |
| 51. | | | | | Buy (add'l) | 03/07/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Preston, C. Kathryn | 04/30/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 04/06/18 | J | | |
| 53. | | | | | Buy (add'l) | 05/08/18 | J | | |
| 54. | | | | | Buy (add'l) | 06/06/18 | J | | |
| 55. | | | | | Buy (add'l) | 07/09/18 | J | | |
| 56. | | | | | Buy (add'l) | 08/08/18 | J | | |
| 57. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 58. | | | | | Buy (add'l) | 10/09/18 | J | | |
| 59. | | | | | Buy (add'l) | 11/07/18 | J | | |
| 60. | | | | | Buy (add'l) | 12/06/18 | J | | |
| 61. - American Growth Fund of America - Class A Bonds | D | Dividend | M | T | | | | | |
| 62. IRA # 1 (H) | | | | | | | | | |
| 63. - ABALX - Class A Bonds | D | Dividend | M | T | Buy (add'l) | 11/21/18 | K | | |
| 64. - ABNDX - Class A Bonds | B | Dividend | L | T | | | | | |
| 65. - AEPGX - Class A Bonds | B | Dividend | | | Sold | 11/21/18 | K | C | |
| 66. - AGTHX - Class A Bonds | D | Dividend | M | T | | | | | |
| 67. - AHITX - Class A Bonds | B | Dividend | K | T | | | | | |
| 68. - AIVSX - Class A Bonds | D | Dividend | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  - AMECX - Class A Bonds | D | Dividend | L | T | | | | | |
| 70.  - CWGIX - Class A Bonds | D | Dividend | L | T | | | | | |
| 71.  - NEWFX - Class A Bonds (Y) | | None | | | Sold | 11/21/18 | K | D | |
| 72.  - SMCWX - Class A Bonds | C | Dividend | K | T | Buy (add'l) | 11/21/18 | J | | |
| 73.  - AMRMX - Class A Bonds (X) | B | Dividend | K | T | Buy | 11/21/18 | K | | |
| 74.  IRA # 2 (H) | | | | | | | | | |
| 75.  - Dodge & Cox Bal. Fund - Shares | A | Dividend | J | T | | | | | |
| 76.  - Hershey Foods Corp. - stock | A | Dividend | J | T | | | | | |
| 77.  Investment Accounts (as Custodian for minor relatives) (H) (Y) | | | | | | | | | See Part VIII |
| 78.  - American Funds Money Market Account (Y) | A | Dividend | | | | | | | See Part VIII |
| 79.  Rum Cove, LLC - member equity interest | | None | N | W | | | | | |
| 80.  - Rental prop N.Captiva Isl, FL (purchased 2011 $350,000) | G | Rent | O | W | | | | | |
| 81.  - Personal property attendant to rental property | | None | K | W | | | | | |
| 82.  - Stonegate Bank checking account (X) | | None | J | T | | | | | |
| 83.  IRA #3 ▓▓▓▓ (H) | | | | | | | | | |
| 84.  - Edward Jones Cash Account | A | Interest | J | T | | | | | |
| 85.  - AMCPX - Class A Bonds | C | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Preston, C. Kathryn | 04/30/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. - ABALX - Class A Bonds | C | Dividend | K | T | | | | | |
| 87. - AHITX - Class A Bonds | B | Dividend | K | T | | | | | |
| 88. - CAIBX - Class A Bonds | B | Dividend | K | T | | | | | |
| 89. - CWBFX - Class A Bonds | B | Dividend | K | T | | | | | |
| 90. - CWGIX - Class A Bonds | C | Dividend | K | T | | | | | |
| 91. - ANCFX - Class A Bonds | C | Dividend | K | T | | | | | |
| 92. - AMECX - Class A Bonds | C | Dividend | K | T | | | | | |
| 93. - AIVSX - Class A Bonds | D | Dividend | L | T | | | | | |
| 94. - PGBOX - Class A Bonds | B | Dividend | K | T | | | | | |
| 95. - ONIAX - Class A Bonds | B | Dividend | L | T | | | | | |
| 96. - OIEIX - Class A Bonds | C | Dividend | L | T | | | | | |
| 97. - VHIAX - Class A Bonds | D | Dividend | L | T | | | | | |
| 98. - OHYAX - Class A Bonds | C | Dividend | L | T | | | | | |
| 99. - JFEAX - Class A Bonds | B | Dividend | L | T | | | | | |
| 100. - JCMAX - Class A Bonds | D | Dividend | L | T | | | | | |
| 101. - OMBAX - Class A Bonds | B | Dividend | L | T | | | | | |
| 102. - ANEFX - Class A Bonds | C | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103.  - ANWPX - Class A Bonds | C | Dividend | K | T | | | | | |
| 104.  - SMCWX - Class A Bonds | C | Dividend | L | T | | | | | |
| 105.  Brokerage Account #3 (H) | | | | | | | | | |
| 106.  - CAIBX - Class A Bonds | A | Dividend | J | T | | | | | |
| 107.  IRA #4 ▓▓▓ (H) | | | | | | | | | |
| 108.  - Note receivable (see Part VIII) | D | Interest | L | V | | | | | Escalante Golf, Inc. |
| 109.  - Escalante Gallery LLC - member equity interest | D | Distribution | L | T | | | | | |
| 110.  IRA #5 ▓▓▓ (H) | | | | | | | | | |
| 111.  - American Mut. Fund (AMRMX) - shares | A | Dividend | J | T | Sold (part) | 12/06/18 | J | A | |
| 112.  - Bond Fund of America (ABMDX) - shares | A | Dividend | J | T | Sold (part) | 12/06/18 | J | A | |
| 113.  - Capital Income Builder Mut. Fund (CAIBX) -shares (X) | A | Dividend | J | T | Sold (part) | 12/06/18 | J | A | |
| 114.  - Growth Fund of Amer. (AGTHX) - shares | B | Dividend | J | T | Sold (part) | 12/06/18 | J | A | |
| 115.  - JP Morgan Core Bond Fund (PGBOX) - shares | A | Dividend | J | T | Sold (part) | 12/06/18 | J | A | |
| 116.  - JP Morgan High Yield Fund (OHYAX) - shares | A | Dividend | J | T | Sold (part) | 12/06/18 | J | A | |
| 117.  - JP Morgan Mid Cap Equity Fund (JCMAX) - shares | A | Dividend | J | T | Sold (part) | 12/06/18 | J | A | |
| 118.  - Small Cap World Fund (SMCWX) - shares | A | Dividend | J | T | Sold (part) | 12/06/18 | J | A | |
| 119.  Family Trust #1 (H) (X) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Preston, C. Kathryn | 04/30/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  - Rental Property #1, Cape Coral, FL<br>(Purchased 2005 $679,900) (X) | | None | O | R | | | | | See Part VIII |
| 121.  - Investment Property, N. Captiva, FL (X) | | None | N | W | | | | | See Part VIII |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - 5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Preston, C. Kathryn | 04/30/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II Line 1 - Retirement plan of former employer; I have no control; I will receive retirement annuity upon reaching retirement age. I obtained the opinion of the Committee on Codes of Conduct on 9-27-06; They found that a conflict exists and directed that in actions involving Huntington (1) the parties must be notified of the conflict and that I am disqualified from presiding, and (2) the parties may be offered an opportunity to waive the conflict.

Part VII Lines 1, 2, 120, 121 - Property transferred to Family Trust #1 on 11/23/18. [Software does not have an option for "transfer" in Column D(1)].

Part VII Line 26 - The value of my interest in the Huntington Bancshares Retirement Plan is determined by calculation of the present value of the anticipated future benefits. The calculation is performed by Huntington or its administrative service provider.

Part VII Lines 28-36 (Hartford Ins. Pol.) - I do not have direct or indirect income from these investments, because the asset is the insurance policy not securities.

Part VII Line 76-77 - Minor relatives attained majority and the accounts were relinquished to them 8/03/18.

Part VII Line 108 (IRA #4, Escalante Golf note) - The value of the Note receivable is based on the outstanding principal balance.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ C. Kathryn Preston**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544